United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY REYNA,<br>Plaintiff,<br>v.<br>THE WALT DISNEY COMPANY,<br>Defendant. | Case No. 26-cv-06068-CRB<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR ECF ACCESS** |

Pro se Plaintiff Joseph Anthony Reyna moved for permission to file electronically in this case. Mot. (dkt. 21). "After filing case-initiating documents, pro se parties may . . . register for ECF and file subsequent documents in the same case electronically." Civil L.R. 5-1(b). The court's e-filing self-registration instructions clarify that pro se litigants can register and file electronically "without first obtaining a judge's permission." E-Filing Self-Registration Instructions for Pro Se Litigants, U.S. Dist. Ct. N.D. Cal., https://perma.cc/77B2-9457 (last visited Nov. 6, 2026). Litigants with pre-existing accounts can contact the ECF Help Desk at ECFHelpDesk@cand.uscourts.gov to link their accounts to new matters if needed. Id. Plaintiff filed this motion out of an abundance of caution because prior court guidance directed pro se litigants to seek the court's leave for e-filling privileges. See Mot. at 1–2. Plaintiff already has a PACER account and ECF registration in the District. Id. at 2.

The Court therefore ORDERS:

- Plaintiff is permitted to access his PACER account during the duration of this litigation, so that he can monitor the docket and file electronically. If

Plaintiff is unable to access his PACER account while this case is ongoing, Plaintiff is directed to present a copy of this Order to PACER administrators, support staff, or another appropriate contact, and they shall, to the best of their abilities, facilitate his access to his account for the duration of this case.

- Plaintiff is permitted to file documents in this case electronically. Plaintiff is directed to contact the ECF Help Desk at ECFHelpDesk@cand.uscourts.gov for help linking his pre-existing PACER and ECF accounts to this matter.
- The Plaintiff is directed that, as soon as he links his PACER and ECF accounts to this matter, all further written communications with the Court should be placed in writing and filed on the docket, unless otherwise directed.

**IT IS SO ORDERED.**

Dated: November 6, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California